UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| DANIEL FULLER, | ) 4:13CR00308ERW | |
| | ) | |
| Defendants. | ) | |

FILED
JUL 2 4 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

(I) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

(ii) bestiality,

(iii) masturbation,

(iv) sadistic or masochistic abuse, or

(v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any

data storage facility or communications facility directly related to or operating in conjunction with such device.  (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

    (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

    (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about January 1, 2012, and on or about July 2, 2012, in the Eastern District of Missouri, and elsewhere,

**DANIEL FULLER,**

the defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, K.F., to engage in sexually explicit conduct, specifically, Daniel Fuller video recorded K.F. nude from the waist up and attempted to push her head towards his exposed genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct,  and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a pair of i-Kam Xtreme sunglasses, In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ERIN GRANGER, #53593MO
Assistant United States Attorney